461 A.2d 879

Engles, et al. v. Counts, Appellants.

Argued March 24, 1981.   Daniel W. Shoemaker, for appellants;   Donald L. Reihart, for appellees.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgments affirmed.

PRICE, J., did not participate in the consideration or decision of this case.